# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 06-cr-40028-MJR |
| RANDY WAYNE RILEY, | ) ) ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

On June 20, 2007, Defendant Randy Wayne Riley pled guilty to a two-count indictment charging him with unlawful possession of a firearm by a felon and possession of an unregistered firearm. On November 2, 2007, the Court sentenced Riley to 94 months' imprisonment on each of Counts 1 and 2, to be served consecutively, 3 years supervised release on each of Counts 1 and 2, to run concurrently, as well as an assessment and fine. By motion filed September 29, 2008, Riley seeks to receive credit for time served, from February 1, 2007 to November 2, 2007, in the Tri-County Detention Center in Ullin, Illinois (Doc. 36).

It is well established that only the Attorney General of the United States, through the Federal Bureau of Prisons, has the authority to grant credit for time served prior to trial or, as relevant here, prior to the commencement of sentence, pursuant to 18 U.S.C. § 3585(b). ***See United States v. Cassano,* 166 Fed.Appx. 855, 857 (7th Cir. 2006) (citing *United States v. Wilson,* 503 U.S. 329, 333-35 (1992)**. As the Supreme Court stated in *Wilson,* "Congress has indicated that computation of the credit must occur after the defendant begins his sentence. A district court, therefore, cannot apply § 3585(b) at sentencing." ***Id.*(citing *Wilson* at 333)**. Riley's claim that he did not receive credit for all time served must be directed to the Bureau of Prisons and not the judge

who sentenced him. *See id.* **(citing *Jake v. Herschberger,* 173 F.3d 1059, 1063 (7th Cir. 1999) (stating that in such circumstances a "prisoner's first avenue to seek relief is therefore through the BOP's administrative procedures")**.

For these reasons, the Court **DENIES** Riley's motion to receive credit for time served (Doc. 36).

**IT IS SO ORDERED.**

**DATED this 3rd day of October, 2008**

          <u>s/Michael J. Reagan</u>
          **MICHAEL J. REAGAN**
          **United States District Judge**